U S DISTRICT COURT
SOUTHERN DISTRICT OF NY

CASE #        NOT ASSIGNED

ADDENUM & AMMENDMENT TO APPLICATION MOTION FOR LEAVE TO.FILE EXPARTE
AND APPROPIATE RELIEFS

RE UNCONSTUTIINAL BARR ORDER vs RIGHT TO  FILE  COMPLAINT UNDER CHILD VICTIMS ACT

ALSO MOTION FOR  PREFRENCE FILEING ND SERVICE AND ADJUDICATION PER CHILD VICTIMS ACT

----------------------------------------------×
EMMETT CALDWELL Plaintif
       vs
CITY OF NEW YORK JOHN DOE 1 ETAL... Defendnats
----------------------------------------------×

    I HAVE A MERITOUS CAUSE OF ACTION AND WILL SUCEEED ON THE MERITS & HAVE CONSTUTUONAL
RIGHT TO FILE COMPLAINT UNDER CHILD VICTIMS ACT DESPITE JUDGE PRESKAS VOID UNCONSTUTIONAL
CORRUPT UN ETHICAL
FRAUDLENT ERROGIOUS MOCKERY OF COURT LIE BASED BARR ORDER JUST RECENTLY DISCOVERED.

 TIME IS OF THE ESSENCE PLAINTIFF WAS NEVER SERVED BARR ORDER JUST DISCOVERED IT PRO SE
LEGAL AID FAILED REFUSED TO PROVIDE SAME TILL MONDAY AUG 3 MONTH WAIT

 DEFENDANTS MUST BE SERVED BY AUGUST 12
DEADLINE FOR SERVICE ON CITY CORP COUNSOL 500 PEARL ST A BLOCK AWAY FROM US COURTJOUSE

 THE CHILD VICTIMS ACT EXPIRES 8/12 REQUIREING ORDER FOR PREFRENCE OVER BSCKLOGGED PRIOR
CASES BYIMMEDIATE. FILEING AND SERVICE ON NYC CORP COUNSOL FOR DEDENDNATS CITY OF NY & NYC
BOARD OF EDUCATION
ALSO.SERVICE BY POSTING FOR JOHN DOE 1 & 2-7 & 11 DEDENDNANTS  NAMES UNKNOWN

    PLAINTIFF WAS A 1965 CHILD VICTIM OF SEX ABUSES AT PS 123 SCHOOL HARLEM NY LIVED 121
EDGECOMB ACROSS ST AND IS SUEING UNDER CHILD VICTIMS ACT THAT EXPIRES AUGUST 12

 NY LEGISLATURE ORDERED PREFRENCE FILEING SERVICE AND ADJUDICATION BY LEGISLATION CHILD
VICTIMS ACT

 ONLY 9 DAYS LEFT  TO PREFRENCE FILE AND SERVE BY US MARSHALL INDIGENT FEE WAIVER..

SUMMONS COMPLAINT AND US MARSHALL PAPERS RE CIVED BY PRO SE OFFICE THIS DAY.TUESDAY 8/4/21

 PLAINTIFF REQUESTS STATUE TOLLED DUE TO US CONATUTION AND DELIBERATE DELAYS BY PRO SE
OFFICE REFERED PRO SE LEGAL ASSISTANCE OFFICE
THAT MISLED PLAINTIFF AND DELAYED FILEING AND REFUSEING FOR WEEKS TO PROVIDE COPY (SENT
AUG3) NOR INFO ON BARR ORDER REQUIRED TO BE ATTACHED
FOR "LEAVE TO FILE APPLICATION FILED PRIOR TO FILEING COMPLAINT..."

 APPLICATION FOR LEAVE TO FILE INDIGENT APPLICATION FILED ELECTRONICALLY MONDAY AUG 3

 RESTATED INCORPERATED HEREIN BY REFRENCE

    PLAINTIFF CURRENTLY RESIDES IN PUERTO RICO HAS DEADLINE FOR SERVICE OF 8 12 21 CANNOT
SERVE UNLESS COURT ORDER PREFRENCE

 THE NY LEGISLATURE CHILD  VICTIMS ACT MANDATED PREFRENE FILEING SERVICE ADJUDICATION OVER
ALL EXISTING PRIOR CASES"

RESTATED INCORPERATED HERE BY REFRENCE

THE NY LEGISLATURE MANDATED JUDICAL PREFRENCE DUE TO DEADLINE TO FILE AND SERVE AND COVD COURT BACKLOG

THERE FORE PLAINTIFF REQUESTS EXPIDTED PRO SE INDIGENT FILEING AND DOCKETING TO EXPEDITE SERVICE IMMEDIATELY

ALSO RESPECTFULLY REQUESTED IS COURT ORDER PRO SE OFFICE AND CLERK TO FORWARD PREPARED RECIVED BY COURT SUMMONS AND COMPLAINT  TO
US MARSHAL FOR EXPIDITED SERVICE ON NYC CORPERATION COUNSOL
500 PEARL ST NY NY 10007

PLAINTIFF INCORPERATES THE COMPLAINT AND ITS CAUSES OF ACTION HEREIN INCORPERATED RESTATED BY REFRENCE

PLAINTIFF DID NOT FILE A FRIVILOUS COMPLAINT AGAINST RICHMOND COUNTY PROBATE JUDGE COMPLAINT WAS FOR MANDAMUS TO ALLOW.FILEING OF WILL PLAINTIFF WAS DUE TO DEATH THREATS BY NY MAFIA CRIMINALS FORCED TO FILE ORIGINAL WILL IN MONROE COUNTY FLORIDA KEYS

RICHMOND PROBATE CASE
COURT FILED SUBMISSIONS ALSO FILED INCORPERATED AS EXHIBITS IN BARR ORDER CASE PROVED UNDOUBTFULLY UNDISPUTABLY THAT RICHMOND COUNTY PROBATE JUDGE LIED FABRICATED EVIDENCE COMMITTED JUDICAL ETHICS FRAUD BY HIS ORDERS CLAIM THAT PLAINTIFFS

"SUBMISIONS
INDICATED THAT HE GAVE THE ORIGIONAL WILL.TO JOHN DOE WHO LOST IT..."

A JUDGEA LIE IS HARD TO PROVE UNLESS THERE IS FILED EVIDENCE JUDGE LIED


JUDGE PRESKA HAD UNDISPURABLE EVIDENCE
THAT THERE WAS NO EVIDENCE IN PLAINTIFFS.FILED SUBMISSSION AS RICHMOND PROBATE JUDGE LIED THAT SUGGESTED JUDGES LIE TO DENY FILEING ie:
    L  I  E:

"CALDWELLS SUBMISSIONS INDICATED HE GAVE THE WILL TO JOHN DOE WHO LOST IT"

JUDGE PRESKA HAD ALL OF PLAINTIFFS RICHMOND PROBATE SUBMISSIONS ABSOLUTE EVIDENCE JUDGE LIED TO DENY WILL FILEING GROUNDS FOR MANDAMUS ORDER TO FILE WILL

JUDGE PRESKA LIED TOO
BY COVER UP JUDGES LIE BY PREVENTING FUTHER FILEING AGAINST THE LIE TO HELP 20 MILLION ESTATE ROBBERY MONEY VANISHED BY RICHMOND COUNTY PROBATE MOB AND ITALIAN MAFIA FRAUD & OR EMBEZZLEMENT

NEW YORK PROBATE COURTS ET AL ARE NOTORIOUS FOR ROBBING ESTATES BY FRAUD LIES TO PREVENT TRUE WILLS FILEING AS JUDGE PRESKAS VOID FRAUDLENT BARR ORDER DID ALSO JUDGE BROWNS 10 MILLION EMBEZZLED HE FROZE TO DEATH AFTER BROOKÑYN PROBATE.MAFIA ET AL DRAINED HIS 10 MILLION HEIRS SUED GOT 300K
SEE EXHIBIT

IT IS AGAINST PUBLIC POLICY UNAMERICAN.TO PREVENT FILEING OF A WILL SUBJECT THEREAFTER TO AUTJENTICATION AND ADJUDICATION OTS CALLED DUE PROCESS JUDGE PRESKA VOID BARR & DISMISSAL ORDER CONSPIRRED TO DISENDRANCHISE BY JUDICAL ETHICS VIOLATION ALSO FRAUD ON THE COURT
SECOND GENERATION JUDGES QND ATTORNWYS LIKE KEVIN CONVAGH WHO ALSO CONSPIRED TO AND DID DISENFRANCHI PLAINTIFF OF HIS CIVIL RIGHT TO COMPENSATION FOR DISABLEING INJURY BRAGGED " I MAKE JUDGES..."
I WOULD NEVER LIVE IN NYC DUE TO JUDGE PRESKA BARR ORDER NOT TO BE TOLERATED IN A CIVILIZED SOCIETY EREOGIOUS FRAUDLENT CORRUP TO HELP A LYING JUDGE ETAL ROBB A ESTATE OF 20 MILLION WHICH COMPLAINT CASE 2015          ALSO JUDGE PRESKAS VOID FRAUDLENT BARR ORDER BOTH IS RESTATED INCORPERATED

DEFENDANT JOHN DOE FOCTIVIOUS NAMES CANNOT BE IDENTIFIED FOR SERVICE AFTER A INTERNET SEARCH POLICE DILLIGENT SEARCH OF WHITE YELLOW PAGES PS 123 US POSTAL RECORDS


JUDGES LIE AND JUDGE VOOD BARR ORDER SOLY
DUE TO RACE AND HATRED AND CAUSE OF ACTION DISCRIMINATION JEALOUSY RESULTING IN  PRIOR DISENFRANCHISEMENT OF CONSTUTIONAL RIGHT TO TRIAL BY JURY OF CAUSES
OF ACTION DISPUTES DISENFRANCHISEMENT OF CIVIL.RIGHTS CONSTUTIONALLY PROTECTED MAY PREVENT SERVICE BEFORE AUG 12 DEADLINE TO SERVE DEFENDANTS

WHEREFOR PLAINTIFF REQUESTS  ORDERS

1) CASE.FILED DOCKETED SERVED BY PREFRENCE BEFORE ALL OTHER CASES

2) COURT IMMEDIATELY SEND SUMMONS AND.COMPLAINT.EXPIDITED FOR SERVICE WITH ACOPY.OF.INDIGENT.ORDER ATTACHED TO EACH SUMMÓNS AND COMPLAINT FOR IMMEDIATE.SERVICE REQUEST OF.SERVICE  BY US MARSHALL ON DEFENDNATS

3) SERVICE ON  UNKNOWN JOHN DOE 1 JOHN DOE 2-7 JOHN DOE 11 BY POSTING ECT AND APPROPIATE RELIEFS AS TOLLING OF STATUE TO ALLOW SEEVICE


8 | 4 | 21

Application Leave to
Exhibit 1        File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL W. CALDWELL,

                              Plaintiff,

            -against-

HONORABLE SURROGATE R.
GIGANTE, ET AL.,

                              Defendants.

15-CV-2153 (LAP)

BAR ORDER UNDER
28 U.S.C. § 1651

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff filed this action *pro se*.  On May 19, 2015, the Court dismissed the action as
frivolous, noted that Plaintiff had filed nine other cases dismissed as frivolous, and ordered
Plaintiff to show cause by affirmation within thirty days as to why he should not be barred from
filing further actions *in forma pauperis* (IFP) in this Court without prior permission.  Plaintiff did
not file an affirmation or otherwise communicate with the Court.

### CONCLUSION

Accordingly, Plaintiff is barred from filing future actions IFP in this Court without first
obtaining from the Court leave to file.  Any motion for leave to file must be captioned
"Application Pursuant to Court Order Seeking Leave to File."  The Plaintiff must attach a copy
of his proposed complaint and attach a copy of this order with each and any such motion.  The
motion must be filed with the *Pro Se* Office of this Court.  Should the Plaintiff violate this order
and file an action without first filing a motion for leave to file, the action will be dismissed for
failure to comply with this order.  Plaintiff is warned that the continued submission of further
frivolous documents may result in the imposition of additional sanctions, including monetary
penalties.  *See* 28 U.S.C. § 1651.  The Clerk is directed to close this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order
would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose
of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  July 9, 2015
        New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
Chief United States District Judge



US DISTRICT COURT SOUTHERN DISTRICT NEW YORK

--------------------------------×

EMMETT CALDWELL Plaintiff

vs

CITY OF NEW YORK

NYC BOARD OF EDUCATION JOHN DOE 11 FICTICOUS UNNAMED

(PS123 Principal & JOHN DOE 1 PS123 afterschool supervisor John Doe 2-7

ficticous represents PS123  6 students that sexually assaulted plaintiff

Defendants

--------------------------------×

VERIFIED COMPLAINT AND AFFIDAVIT

JURISDICTION IS OVER $75000.00,DIVERSITY

THE FOLLOWING FACTS SWORN TRUE UNDER OATH AND LAWS TO AFFIANTS OWN PERSONAL KNOWLEDGE

B )DEFENDANTS ACTS COMPLAINED HEREIN ARE A EXCEPTION TO LIMITED LIBALITY UNDER APPICABLE NY LAWS PUNISHABLE TO DETER

B1) THIS ACTION IS PERSUANT TO THE NY CHILD VICTIMS ACT CPLR 214G-30 10 3F ;ADULT VICTIMS ACT(PENDING) TITLEV142USC2000 CIVIL RIGHTS ACT AND CODES US CONSTUTION RESTATED INCORPERATED HERE BY REFRENCE

B2) ALL ACTS COMPLAINED HEREIN WERE AFTER DEFENDANTS WERE NOTIFIED AND ACKNOWLEDGED PLAINTIFF WAS VICTIM AND TARGET OF SEXUAL ABUSE BY PS 123 STUDENTS  DUE TO PLAINTIFFS WHITE SKIN COLOR/ RACE

B3) ALL DEFENDANTS TORT ACTS FAILURES TO ACT COMPLAINED HEREIN (RESTATED INCORPERATED BY REFRENCE) WERE MALISHOUS INTENTIONAL GROSS NEGLIGENT OUTRAGEOUS  ATROCIOUS UNCIVILIZED INTOLERABLE NOT ACCEPTABLE IN A CIVILIZED CITY OR SOCIETY ERROGIOUS HENIOUS IMMORAL ILLEGAL

B 4) DIRECTLY PROXIMATELY DUE TO DEFENDANTS ACTS TORTS SUBJECT OF THIS ACTION PLAINTIFF SUFFERED SINCE DEBILITATEING PANIC ANXIETY SEVERE EXTREEM EMITIONAL DISTRESS FLASHBSCKS NIGHTMARES DUE TO EVENTS COMPLAINED WAS UNABLE TO SLEEP BE AROUND PEOPLE SOCIALIZE NOR WORK AROUND PEOPLE BECAME A HERMIT HAD TO FLEE US SUFFERING LOST WAGES OF 1,000 TO 2000 A MONTH STARTING AGE 14 WHEN PLAINTIFF APPLIED FOR WORK PERMIT BUT WAS UNABLE TO WORK EXCEPT AS MOUNT VERNON LIFE GUARD HE HAD TO QUIT DUE TO FLASHBACKS OF RAPE SUBJECT OF THIS ACTION.

B5 )JOHN DOE 1  EVILLY CONSPIRED IN MALISHOUS INTENT TO INFLICT HARM ON PLAINTIFF TO CALLOW JOHN DOE 2-7 TO CONTINUE RAPEING AND SEXUALLY ABUSEING PLAINTIFF AFTER P BEING TOLD BY PS 123 STUDENT WITTNESS PLAINTIFF WAS BEING RAPED IN BATHROOM

B5A) PARG B 5 RESTATE INCORPERATED HEREIN BY REFRENCE SAID SEXUAL ASSAULT IN PS 123 SCHOOL YARD DURING LUNCH BREAK WAS REPORTED TO TEACHER WHO DID NOTHING THEN PS 123 PRINCIPALS OFFICE PROMISED "IT WILL NOT HAPPEN AGAIN" HAVING BEEN NOTIFIED THEREOF BY PLAINTIFFS PARENTS WEEKS PRIOR TO BATHROOM SEXUAL ASSAULT SUBJECT OF THIS ACTION

B6 ) ON INFO AND BELIEF PLAINTIFF WAS SEXUALLY ASSAULTED AS COMPLAINED HEREIN BY FRIENDS OF PS 123 STUDENT WHO WAS ARRESTED FOR SEXUAL ASSAULTING PLAINTIFF ONE BLOCK FROM SCHOOL AND  IN NYC COURT BEFORE NY CRIMINAL JUDGE MONTHS PRIOR

B7)  THAT    PRIOR TO THE SEX ASSAULT SUBJECT OF THIS ACTION A PS 123 STUDENT WAS ARRESTED FOR SEXUAL ASSAULT OF PLAINTIFF WHO WITH DEFENDANT APPEARED BEFORE JUDGE IN MANHATTAN COURT THAT RESULTED IN  PS 123 PRINCIPALS OFFICE NY BOARD OF EDUCATION , NY CITY CHILD PROTECTION SERVICES AND  POLICE DETECTIVES MAYORS OFFICE PROMISEING TO GUARANTEE PLAINTIFF WOULD NOT BE SEXUALLY HARASSED OR ABUSED AGAIN IF PLAINTIFF RETURNED TO PS 123 SCHOOL

B7a) PARAGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE PLAINTIFF RELIED ON DEFENDANTS PROMISES TO HIS DETREMENT DIRECTLY PROXIMATELY CAUSE OF PLAINTIFF SUFFERING SEXUAL ABUSE SUBJECT OF THIS ACTION

B8) NEW YORK CITY THE NYC BOARD OF EDUCATION ETAL AND PS 123 WERE AND ARE NOTORIOUS FOR INTENTIONAL  GROSS NEGLIGENT FAILING TO PREVENT NOR INVESTIGATE SEXUAL ABUSE OF STUDENTS (see exhibits RESTATED INCORPERATED here by refrence) TO DENY PS 123 SCHOOL & AFTER SCHOOL FEDERAL FUNDED

B9) NYC BOARD OF EDUCATION PS123 WERE NOTIFIED ABOUT PLAINTIFFS SEXUAL ABUSE SUBJECT OF THIS ACTION AND FAILED DUTYS OWED TO INVESTIGATE ALSO WHEN REREPORTED TO HARLEM DETECTIVE BLACKWOOD AND NY SCHOOLS DEPT OF EDUCATION SCI CASE= 2021 1540

B10) BEFORE RAPE COMPLAINED ALL DEFENDANTS HAD OR SHOULD HAD CONSTRUCTIVE AND PARENTS NOTICE OF PS 123 STUDENTS ARREST FOR SEXUAL ASSAULT GROSS RECKLESSLY NEGLIGENT DISREGARDING FORESEEABLE HARMS ALL DEFENDANTS GUILTY NEGLIGENT SUPERVISION OWED DUTY AFTERSCHOOL PROGRAM DINEROOM BATHROOM UNMONITORED GROSS RECKLESS DISREGARDED NOTICED SEX THREATS MALISHOUSLY OUTRAGES UNTOLERABLE IN CIVILIZED SOCIETY  ERROGIOUS IMMORAL IN A CONTINUEING PATTERN

B 11)  ) IN GROSS NEGLIGENT RECKLESS MISFEASEANCE CITY OF NEW YORK NY BOARD OF EDUCATION PS 123 JOHN DOE 1 FAILED & VIOLATED SEX ABUSE PREVENTION DUTYS PROMISED & ASSUMED & JOHN DOE 11 VOLUNTERED & CITY & STAUTORY DUTYS MINISTERAL PROPRIETY GUIDELINE S AND MANDATES BEFORE AND AFTER FORSEEN SEXUAL ABUSE SUBJECT OF THIS ACTION

REVISON VERIFIED COMPLAINT
EXH.6,120NLY
FOR MOTION
APPLICATION leave to File

CAUSE OF ACTION
JOHN DOE 1
INTENTIONAL INFLICTION OF SEXUAL ASSAULT

C1 ) JOHN DOE 1 IS FICTICIOUS AND REPRESENTS UNKNOWN NAME OF DEFENDANT PS123 AFTERSCHOOL SUPERVISOR WHO SEXUALLY ABUSED ECT PLAINTIFF

C2 ) JOHN DOE 1 WAS NOTIFIED BY PLAINTIFFS FRIEND WHO DISCOVERED PLAINTIFF WAS IN AFTER SCHOOL PROGRAM 2ND FL BATHROOM BEING RAPED AND SEXUALLY ABUSED BY JOHN DOE 2-7 WHICH WAS REPORTED TO JOHN DOE 1 IN FIRST 10 MINUTES OF THE APPROX 40 MINUTES OF TORTUOUS RAPE AND SEXUAL ABUSE

C3 )AFTER BEING NOTIFIED BY A PS 123 STUDENT PLAINTIFFS FRIEND THAT WHEN HE ENTERED THE HALL BATHROOM HE DISCOVERED PLAINTIFF WAS BEING GANG RAPED IN BOYS BATHROOM BY PS 123 STUDENTS AND SEXUAL ABUSED JOHN DOE 1 MADE A CONSCIOUS DECISION NOT TO IDENTIFY RAPEIST SEXUAL ABUSERS STOP RAPE AND SEXUAL ABUSE SO HE WOULD NOT HAVE TO CALL POLICE WHICH HE DELIBERATELY REFUSED TO DO AFTER PLAINTIFF ALSO REPORTED HIS BEING RAPED AND ABUSED BY PS 123 STUDENTS WHO AFTER ATTACKED PLAINTIFF BREAKING HIS HAND

C4 )JOHN DOE 1        .Y CONSPIRED IN MALISHOUS INTENT TO INFLICT HARM ON PLAINTIFF TO ALLOW JOHN DOE 2-7 TO CONTINUE RAPEING AND SEXUALLY ABUSEING PLAINTIFF AFTER BEING TOLD BY PS 123 STUDENT WITTNESS PLAINTIFF WAS BEING RAPED IN BATHROOM

C5 ) PLAINTIFFS FRIEND WHO ALSO LIVED ON EDGECOMBE AVE (RAY OR ROY OR?) ENTERED THE PS 123 AFTER SCHOOL PROGRAM HALL BATHROOM (EDGECOMBE AVE SIDE) AND DISCIVERED PLAINTIFF WAS BEING GANG RAPED APPROX THE 1ST 10 MINUTES PLAINTIFF WAS HELD AGAINST HIS WILL AND WAS RAPED AND SEXUALLY ABUSED AND TOLD PLAINTIFF AFTER THAT HE HAD IMMEDIATELY TOLD JOHN DOE 1 AFTER SCHOOL SUPERVISOR THAT PLAINTIFF WAS BEING "FUCKED" AGAINST HIS WILL IN THE BATHROOM BY SEVERAL PS 123 STUDENT BOYS .

C6 ) PARAGRAPH   RESTATED AND INCORPERATED HEREIN BY REFRENCE JOHN DOE 1MADE A CONSCIOUS DECISION NOT TO INTERVEEN NOR DISCOVER THE RAPE CRIME SCENE INSTEAD DELIBERATELY ALLOWED RAPE AND SEXUAL ABUSE OF PLAINTIFF TO CONTINUE UNINTERRUPTED

C7 ) PARAGRAPH  RESTATED AND INCORPERATED HEREIN BY REFRENCE JOHN DOE 1 HAD PLAINTIFF RAPED SEXUALLY ABUSED TORTURED BY INTENTIONALLY FAILING DUTYS OWED TO IMMEDIATELY INVESTIGATE & INTERVEEN TO STOP THE REPORTED RAPE AND SEXUAL ABUSE OF PLAINTIFF NOR PREVENT FURTHER ONGOING RAPE & SEXUAL ABUSE OF PLAINTIFF AS STATED IN PARG 1B RESTATED HERE BY REFRENCE INTENTIONALLY MALISHOUSLY SUBJECTED PLAINTIFF TO APPROX 30 ADDITIONAL MINUTES OF TORTOUS RAPE SEXUAL ABUSE AFTER BEING NOTIFIED THERE OF.

C8 ) THE ACTS STATED IN PARGRAPH  AND PARAG. IE JOHN DOE 1 DELIBERATELY MALISHOUSLY ALLOWING PLAINTIFF TO BE RAPED AND SEXUALLY ABUSED IN PS123 AFTER SCHOOL PROGRAM 2nd Fl.HALL  BATHROOM WAS DIRECTLY AND PROXIMATELY DUE TO CITY OF NY & BOARD OF EDUCATION RECKLESS GROSS NEGLIGENT FAILIRE TO PROPERLY TRAIN AND SUPERVISE JOHN DOE 1

C9) PLAINTIFF WAS TAKEN BY PARENTS TO NEW YORK HOSPITAL AND HIS BROKEN ARM CASTED STILL SUFFERS FROM DEFENDANTS ACTS SUBJECT OF THIS ACTION DIRECTLY PROXIMATELY CAUSED BACK HAND ARM SHOULDER DISABLITYS SEVERE PAINS ANXIETY PSYCOLOGICAL COMPLEXS LIFETIME LOSS OF INCOME DUE TO INBILITY TO BE IN WORK PLACE AROUND OTHERS AND SEXUAL PARANOIA POST TRAMATIC STRESS SYNDROME ECT INABILITY TI SLEEP FLASHBACKS NIGHT MARES EMBARSSSMENT  put my hand on his penis prior to my leaving direct proximate cause of harms complained

C10) PLAINTIFF SUFFERED CONTINUES TO SUFFER FROM COMPLAINED SEXUAL ABUSE AND  BROKEN ARM SEVERE PAIN EXTREEM EMOTIONAL, PSYCHOLOGICAL PHYSICAL  DISTRESS SEVERE HEADACHES NIGHTMARES FLASHBACK S AVOIDANCE OF PEOPLE RELATIONSHIPS  SOCIALIZEING LONELYNESS INABILITY TO STUDY CONCENTRATE MAKE FRIENDS DATE HAVE SEX OR MARRY NOR BE EMPLOYEE LOSS OF INCOME SINCE ACTS COMPLAINED AS A DIRECT PROXIMATE RESULT OF DEFENDANTS INTENTIONAL MALISHOUS GROSS NEGLIGENT ACTS COMPLAINED IN PARGS RESTATED INCORPERATED HEREIN BY REFRENCE

8) CLAIM FOR RELIEF 100 MILLION AND APPROPIATE RELIEFS AND ALLOWEING PUNETIVE RELIEFS

CAUSE OF ACTION
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
JOHN DOE 1

THE ACTS OF JOHN DOE 1 SUBJECT OF THIS ACTION  STATED IN PARAGRAPH    AND PARAGRAPH    AND PARAGRAPH   AND  PARAGRAPH   RESTATED HEREIN BY REFRENCE STATED CONSTITUTE INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS PLAINTIFF SUFFERED  AND CONTINUEING

D1 ) PARAGRAPH B1 RESTATED INCORPERATED HEREIN BY REFRENCE

D2 ) PARAGRAPH B2 RESTATED INCORPERATED HERE IN  BY REFRENCE

D3 ) PARAGRAPH B3 RESTATED INCORPERATED HEREIN BY REFRENCE

D 4) PARAGRAPH B 4 RESTATED INCORPERATED HEREIN BY REFRENCE

D5) PARAGRAPH B 5 RESTATED INCORPERATED HEREIN BY REFRENCE

D6) PARAGRAPH B6 RESTATED INCORPERATED HEREIN BY REFRENCE

D7) PARGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE

D 8) PARAGRAPH B8 RESTATED INCORPERATED HEREIN BY REFRENCE

D9) PARAGRAPH B9 RESTATED INCORPERATED HEREIN BY REFRENCE

D10 PARAGRAPH  B10  RESTATED INCORPERATED HERE BY REFRENCE

D11 PARAGRAPH  B11  RESTATED INCORPERATED HERE BY REFRENCE

D 12 PARAGRAPH  B12  RESTATED INCORPERATED HEREIN BY REFRENCE

D 13 ) PARAGRAPH  B13  RESTATED INCORPERATED HEREIN BY REFRENCE

D 14 PARAGRAPH  B14  RESTATED INCORPERATED HEREIN BY REFRENCE

D 15) PARAGRAPH  B15  RESTATED INCORPERATED HERE BY REFRENCE

D 16) PARAGRAPH  B28  RESTATED INCORPEPATED HEREIN BY REFRENCE

D 17A) PARAGRAPH  B30  RESTATED INCORPERATED HEREIN BY REFRENCE

D18 PARAGRAPH  B31  RESTATED INCORPERATED HEREIN BY REFRENCE

D19) PARAGRAPH  B34  RESTATED INCORPERATED HEREIN BY REFRENCE

D20 PARAGRAPH  B37  RESTATED INCORPERATED HEREIN BY REFRENCE

D21 PARAGRAPH  B38  RESTATED INCORPERATED HEREIN BY REFRENCE

CLAIM FOR RELIEF 130 MILLION

CAUSE OF ACTION
SEXUAL ABUSE ASSAULT
JOHN DOE1-7

E 1 ) JOHN DOE1-7 IS FICTICIOUS REPRESENTS UNKNOWN NAMES OF PS 123 STUDENT DEFENDANTS WHO SEXUALLY ABUSED PLAINTIFF

E 2 ) PARAGRAPH B1 RESTATED INCORPERATED HEREIN BY REFRENCE

E 3 ) PARAGRAPH B2 RESTATED INCORPERATED HERE IN BY REFRENCE

E 4 PARAGRAPH B3 RESTATED INCORPERATED HEREIN BY REFRENCE

E 5 ) PARAGRAPH B 4 RESTATED INCORPERATED HEREIN BY REFRENCE

E 6 ) PARAGRAPH B 5 RESTATED INCORPERATED HEREIN BY REFRENCE

E 7 ) PARAGRAPH B6 RESTATED INCORPERATED HEREIN BY REFRENCE

E 8 ) PARGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE

E 9 PARAGRAPH B8 RESTATED INCORPERATED HEREIN BY REFRENCE

E 10 ) PARAGRAPH B9 RESTATED INCORPERATED HEREIN BY REFRENCE

E 11 ) PARAGRAPH B10 RESTATED INCORPERATED HERE BY REFRENCE

E 12 ) PARAGRAPH B11 RESTATED INCORPERATED HERE BY REFRENCE

E 13 PARAGRAPH B12 RESTATED INCORPERATED HEREIN BY REFRENCE

E 14 ) PARAGRAPH B13 RESTATED INCORPERATED HEREIN BY REFRENCE

E 15 ) PARAGRAPH 7a RESTATED INCORPERATED HEREIN BY REFRENCE

E 16 ) PARAGRAPH 1 RESTATED INCORPERATED HERE BY REFRENCE

E 17 ) PARAGRAPH 1A RESTATED INCORPERATED HEREIN BY REFRENCE

E 18 ) PARAGRAPH 1C RESTATED INCORPERATED HEREIN BY REFRENCE
E 19 ) PARAGRAPH 2 RESTATED INCORPERATED HEREIN BY REFRENCE

E 20 PARAGRAPH 3 RESTATED INCORPERATED HEREIN BY REFRENCE

E 21 ) PARAGRAPH 3B RESTATED INCORPERATED HEREIN BY REFRENCE

E 22 ) PARAGRAPH 3C RESTATED INCORPERATED HEREIN BY REFRENCE

E 23 ).THE SEXUAL.ASSAULT AND BATTERY OF PLAINTIFF BY JOHN DOE 2-7 WAS IMMORAL ILLEGAL ERROGIOUS HENIOUS NOT TO BE TOLERATED IN A CIVILIZED.SOCIETY CAUSED SEVERE PERMENANT INJURYS TO PLAINTIFFS RECTUM AND LIFE AS STATED IN PARAGRAPH RESTATED HEREIN BY REFRENCE

E 24 PARAGRAPH 4 RESTATED INCORPERATED HEREIN BY REFRENCE

E 25 ) PARAGRAPH 5 RESTATED INCORPERATED HEREIN BY REFRENCE

E 26 ) PARAGRAPH 6 RESTATED INCORPERATED HEREIN BY REFRENCE

E 27 ) PARAGRAPH 7 RESTATED INCORPERATED HEREIN BY REFRENCE

E 28 ) PARAGRAPH 8 RESTATED INCORPERATED HEREIN BY REFRENCE

E 29 ) PARAGRAPH 9 RESTATED INCORPERATED HEREIN BY REFRENCE

E 30 ) PARAGRAPH 10 RESTATED INCORPERATED HEREIN BY REFRENCE
E 30A CLAIM FOR RELIEF 130 MILLION & APPROPIATE RELIEFS

CAUSE OF ACTION        NEW YORK BOARD OF EDUCATION NEGLIGENT SUPERVISION

F1    NEW YORK BOARD OF EDUCATION IS WAS GUILTY OF NEGLIGENT SUPEVISION DIRECT PROXIMATE CAUSE OF PLAINTIFFS INJURYS AS WAS JOHN DOE 1 & JOHN DOE 11 & CITY OF NEW YORK

F2    NEW YORK BOARD OF EDUCATIONS GROSS NEGLIGENT RECKLESS POLICYS FAILED DUTYS OWED OF REASONABLE SCHOOL STUDENT SUPERVISION  DUE TO GROSS NEGLIGENT RECKLESS POLICYS CONTROLED BY THE CITY OF NEW YORK RESPONDANT SUPERIOR

F3    NEW YORK BOARD OF EDUCATION RECKLESSLY GROSS NEGLIGENTLY  FAILED DUTYS OWED TO ADEQUATELY SUPERVISE JOHN DOE 1 JOHN DOE 11,JOHN DOE 2-7 AND PS 123 AFTER SCHOOL PROGRAM TO PREVENT PLAINTIFFS BEING SEXUAL ABUSES SUBJECT OF THIS ACTION

F4    NEW YORK BOARD OF EDUCATION GROSS NEGLIGENTLY RECKLESSLY FAILED DUTYS OWED TO SAFELY SUPERVISE IN PS 123 AFTER ACTUAL AND CONSTRUCTUVE NOTICE OF PLAINTIFF BEING RECENT SEXUAL VICTIM OF  SEXUAL THREATS & ABUSE BY PS 123 STUDENTS ONE ARRESTED AND OF JOHN DOE 1 SEXUAL PROPENSITY IGNOREING REASONABLY FORSEEABLE LIKELY HOOD OF FURTHER SEXUAL HARASSMENT AND ABUSE OF PLAINTIFF DIRECT PROXIMATE CAUSE OF PLAINTIFFS INJURYS

F5    NEW YORK BOARD OF.EDUCATION GROSS NEGLIGENTLY ERROGOIUSLY HENIOUSLY RECKLESSLY FAILED SPECIAL PROTECTIVE DUTYS PROMISED ASSUMED VOLUNTEERED AFTER COMPLAINT NOTICE OF PS 123 STUDENTS SEXUALL ABUSEING PLAINTIFF BY NEGLUGENTLY SUPERVISEING PS123 AFTER SCHOOL PROGRAM JOHN DOE 1 JOHN DOE 11

F6 ) PARAGRAPH B2 RESTATED INCORPERATED HERE IN  BY REFRENCE

F7 ) PARAGRAPH B3 RESTATED INCORPERATED HEREIN BY REFRENCE

F8 ) PARAGRAPH B 4 RESTATED INCORPERATED HEREIN BY REFRENCE

F9 ) PARAGRAPH B 5 RESTATED INCORPERATED HEREIN BY REFRENCE

F10 ) PARAGRAPH B6 RESTATED INCORPERATED HEREIN BY REFRENCE

F11 ) PARGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE

F12 ) PARAGRAPH B8 RESTATED INCORPERATED HEREIN BY REFRENCE

F13 ) PARAGRAPH B9 RESTATED INCORPERATED HEREIN BY REFRENCE

F14 ) PARAGRAPH  B10  RESTATED INCORPERATED HERE BY REFRENCE

F15 ) PARAGRAPH  B11  RESTATED INCORPERATED HERE BY REFRENCE

F16 ) PARAGRAPH  B 12  RESTATED INCORPERATED HEREIN BY REFRENCE

F17 ) PARAGRAPH  B 13  RESTATED INCORPERATED HEREIN BY REFRENCE

F18  PARAGRAPH  7a  RESTATED INCORPERATED HEREIN BY REFRENCE

F19 ) PARAGRAPH  B 29  RESTATED INCORPERATED HERE BY REFRENCE

F20  PARAGRAPH  B 30  RESTATED INCORPERATED HEREIN BY REFRENCE

F 2A) PARAGRAPH B 31  RESTATED  INCORPERATED HEREIN BY REFRENCE

F22 PARAGRAPH  B 33  RESTATED INCORPERATED HEREIN BY REFRENCE.

F23 PARAGRAPH  B 34  RESTATED INCORPERATED HEREIN BY REFRENCE

F 24 ) PARAGRAPH  B 35  RESTATED INCORPERATED HEREIN BY REFRENCE

F 25 ) PARAGRAPH  B 36  RESTATED INCORPERATED HEREIN BY REFRENCE

F 26 ) PARAGRAPH  B37  RESTATED INCORPERATED HERE IN BY REFRENCE

F 27 ) PARAGRAPH B38 RESTATED INCORPERATED HEREIN BY REFRENCE

F 28 ) PARAGRAPH B. RESTATED INCORPERATED HEREIN BY REFRENCE

CLAIM FOR RELIEF    130 MILLION AND APPROPIATE RELIEF

CAUSE OF ACTION

NEW YORK BOARD OF EDUCATION

G1    THE NEW YORK BOARD OF EDUCATION FAILED DUTY OWED BY NEGLIGENTLY RETAINING JOHN DOE 1 AFTER NOTICE OF HIS SEXUAL STATEMENT DIRECTED TO PLAINTIFF " NOW THAT HE IS GAY I MIGHT LOVE (HAVE SEX) HIM TOO"

G2    PARAGRAPH B1 RESTATED INCORPERATED HEREIN BY REFRENCE

G3    PARAGRAPH B2 RESTATED INCORPERATED HERE IN BY REFRENCE

G4    PARAGRAPH B3 RESTATED INCORPERATED HEREIN BY REFRENCE

G5    PARAGRAPH B 4 RESTATED INCORPERATED HEREIN BY REFRENCE

G6    PARAGRAPH B 5 RESTATED INCORPERATED HEREIN BY REFRENCE

G7    PARAGRAPH B6 RESTATED INCORPERATED HEREIN BY REFRENCE

G8    PARGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE

G9    PARAGRAPH B8 RESTATED INCORPERATED HEREIN BY REFRENCE

G10    PARAGRAPH B9 RESTATED INCORPERATED HEREIN BY REFRENCE

G11    PARAGRAPH B10 RESTATED INCORPERATED HERE BY REFRENCE

G12    PARAGRAPH B11 RESTATED INCORPERATED HEREIN REFRENCE

G13    PARAGRAPH B12 RESTATED INCORPERATED HEREIN BY REFERENCE

G14    PARAGRAPH B12 RESTATED INCORPERATED HEREIN BY REFRENCE

G15    PARAGRAPH RESTATED INCORPEPATED HEREIN BY REFRENCE

G16    PARAGRAPH 1 RESTATED INCORPERATED HERE BY REFRENCE

G17    PARAGRAPH 1B RESTATED INCORPERATED HEREIN BY REFERENCE

G18    PARAGRAPH 1C RESTATED INCORPERATED HEREIN BY REFRENCE

G19    PARAGRAPH 2 RESTATED INCORPERATED HEREIN BY REFRENCE

G20    PARAGRAPH 3 RESTATED INCORPERATED HEREIN BY REFRENCE

G21    PARAGRAPH 3B RESTATED INCORPERATED HEREIN BY REFRENCE

G22    PARAGRAPH 3C RESTATED INCORPERATED HEREIN BY REFRENCE

G23    PARAGRAPH 4 RESTATED INCORPERATED HEREIN BY REFRENCE

G24    PARAGRAPH 5 RESTATED INCORPERATED HEREIN BY REFRENCE

G25    PARAGRAPH 6 RESTATED INCORPERATED HEREIN BY REFRENCE

G26    PARAGRAPH 7 RESTATED INCORPERATED HEREIN BY REFRENCE

G27    PARAGRAPH RESTATED INCORPERATED HEREIN BY REFRENCE

G28    PARAGRAPH RESTATED INCORPERATED HEREIN BY REFRENCE

C1A4

CAUSE OF ACTION

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
NEW YORK BOARD OF EDUCATION

H1  ) PARAGRAPH B1 RESTATED INCORPERATED HEREIN BY REFRENCE

H2  ) PARAGRAPH B2 RESTATED INCORPERATED HERE IN BY REFRENCE

H3  ) PARAGRAPH B3 RESTATED INCORPERATED HEREIN BY REFRENCE

H4  ) PARAGRAPH B 4 RESTATED INCORPERATED HEREIN BY REFRENCE

H5  ) PARAGRAPH B 5 RESTATED INCORPERATED HEREIN BY REFRENCE

H6  ) PARAGRAPH B6 RESTATED INCORPERATED HEREIN BY REFRENCE

H7  ) PARGRAPH B7 RESTATED INCORPERATED HEREIN BY REFRENCE

H8  ) PARAGRAPH B8 RESTATED INCORPERATED HEREIN BY REFRENCE

H9  ) PARAGRAPH B9 RESTATED INCORPERATED HEREIN BY REFRENCE

H10  PARAGRAPH B10 RESTATED INCORPERATED HERE BY REFRENCE

H11  PARAGRAPH B11 RESTATED INCORPERATED HERE BY REFRENCE

H12  PARAGRAPH B12 RESTATED INCORPERATED HEREIN BY REFRENCE

H13  ) PARAGRAPH B13 RESTATED INCORPERATED HEREIN BY REFRENCE

H14  PARAGRAPH B14 RESTATED INCORPERATED HEREIN BY REFRENCE

H15  ) PARAGRAPH 1 B15 RESTATED INCORPERATED HERE BY REFRENCE

H16  ) PARAGRAPH B28 RESTATED INCORPEPATED HEREIN BY REFRENCE

H17  20A) PARAGRAPH B30 RESTATED INCORPERATED HEREIN BY REFRENCE

H18  ) PARAGRAPH B31 RESTATED INCORPERATED HEREIN BY REFRENCE

H19  ) PARAGRAPH B34 RESTATED INCORPERATED HEREIN BY REFRENCE

H20  ) PARAGRAPH B37 RESTATED INCORPERATED HEREIN BY REFRENCE

H24   H23  ) PARAGRAPH B38 RESTATED INCORPERATED HEREIN BY REFRENCE

) PLAINTIFF SUFFERED CONTINUES TO SUFFER FROM COMPLAINED SEXUAL ABUSE AND BROKEN ARM SEVERE PAIN EXTREEM EMOTIONAL, PSYCHOLOGICAL PHYSICAL DISTRESS SEVERE HEADACHES NIGHTMARES FLASHBACK S AVOIDANCE OF PEOPLE RELATIONSHIPS SOCIALIZEING LONELYNESS INABILITY TO STUDY CONCENTRATE MAKE FRIENDS DATE HAVE SEX OR MARRY NOR BE EMPLOYEE LOSS OF INCOME SINCE ACTS COMPLAINED AS A DIRECT PROXIMATE RESULT OF DEFENDANTS INTENTIONAL MALISHOUS GROSS NEGLIGENT ACTS COMPLAINED IN PARGS RESTATED INCORPERATED HEREIN BY REFRENCE

CLAIM FOR RELIEF
130 MILLION AND WAIVER OF LIMITED LIABILITY

CAUSE OF ACTION
VIOLATION OF TITLE VI
US CODE 2000 SEC. 601

I1  PS 123 ,THE NEW YORK CITY BOARD OF EDUCATION , PS 123 AND JOHN DOE 1 PROMISED TO TAKE SPECIAL PROTECTIVE CUSTODY OF PLAINTIFF IN SCHOOL AND AFTER SVHOOL AND FAILED AFTER THEY WERE TOLD ALSO HAD CONSTRUCTIVE NOTICE AND INFORMED BY PLAINTIFFS PARENTS THAT

I2  A)  PLAINTIFF WAS SEXUALLY ABUSE TARGETED BY PS 123 STUDENTS ONE WAS ARRESTED DUE TO HIS WHITE RACE AND SKINNED DIRECT PROXIMATE CAUSE OF PLAINTIFFS BEING TARGETED BEATEN UP SINCE KINNEGARDEN AT PS 123 BY ITS STUDENTS

I3  B) THAT DUE TO PLAINTIFFS BEING SUBJECT OF RACIAL AND COLOR OF SKIN DISCRIMINATION AND ATTACKS HE WOULD HAVE TO TRANSFER TO CATHOLIC SCHOOL IF HE. WAS AGAIN. SEXUALLY OR PHYSICALLY ABUSED

I4  ALL DEFENDANTS JNTENTIONALY TO DENY PLAINTIFF FEDRALLY FUNDEND PA 123 SCHOOL AND AFTER SCHOOL BENEFITS DELIBERATELY FAILED PROMISED SPECIAL DUTY OWED TO TAKE PROTECTIVE PHYSICAL CUSTODY OF PLAINTIFF IN PS 123 SCHOOL AND AFTER SCHOOL

I5  PARAGRAPH.    RESTATED INCORPERATED HEREIN BY REFRENCE .WAS SOLE DIRECT AND PROXIMATE CAUSE OF PLAINTIFFS INJURYS SUBJECT OF THIS ACTION STATED IN PARG.    RESTATED INCORPERATED HEREIN BY REFRENCE

I6  NEW YORK CITY  NYC BOARD OF EDUCATION PS 123 NEGLIGENTLY SUPERVISED AFTERSCHOOL PROGRAM AND PLAINTIFF FALING DUTYS OWED PROMISED AND FAILED DUTY TO TAKE PROTECTIVE PHYSICAL CUSTODY OF PLAINTIFF AND PROVIDE A SAFE ENVIRONMENT FOR PLAINTIFF WHEN ON PS 123 SCHOOL GROUNDS AND ITS AFTER SCHOOL PROGRAM AFTER BEING NOTIFIED OF A PS 123 STUDENT HAVING BEEN ARRESTED FOR SEXUALLY ABUSEING PLAINTIFF AND ALSO OF 3  PS 123 STUDENTS (JOHN DOE 3 & 4 & 5 )ASSAULTING & SEXUALLY HUMPING PLAINTIFFS BEHIND  IN PS 123 SCHOOL YARD MONTHS PRIOR TO RAPE SUBJECT OF THIS ACTION THE DIRECT PROXIMATE CAUSE OF PLAINTIFFS INJURYS AND LOSSES RESULTANT

I7  ) DEFENDANTS ACTS COMPLAINED HEREIN ARE A EXCEPTION TO LIMITEP LIBALITY UNDER APPLICABLE NY LAWS PUNISHABLE TO DETER

I8  ) PARG    RESTATED INCORPERATED HEREIN BY REFRENCE DEFENDANTS OWED PECIAL DUTY AND PROMISED TO  TAKE ORDINARY  AND SPECIAL PROTECTIVE  PHYSICAL CUSTODY OF PLAINTIFF WHEN HE WAS IN PS 123 FAILED IN RECKLESS GROSS NEGLIGENCE OWED PLAINTIFF SAME PROTECTIONS AS REASONABLY PRUDENT PARENT DIRECT PROXIMATE CAUSE OF PLAINTIFFS INJURYS  STATED IN PARG AND  PARG  RESTATED INCORPERATED HEREIN BY REFRENCE

I10  TITLE VI 42 USC 2000 SEC  601 VIOLATED BY DEFENDANTS MALISHOUS SEX ASSAULTS & GROSS NEGLIGENCE TO PREVENT DUE TO PLAINTIFFS WHITE SKIN COLOR RACE TO DENY PS 123 SCHOOL & AFTER SCHOOL FEDERAL FUNDED

I11  TITLE VI 42 USC 2000 SEC 601 VIOLATED BY DEFENDANTS PS 123 AND CITY OF NEW YORK AND NEW YORK CITY BOARD OF EDUCATION INTENTIONAL MALISHOUS FAILURES OF PROMISED SPECIAL PROTECTIVE DUTYS AFTER NOTICE PLAINTIFF WAS DUE TO HIS WHITEISH SKIN COLOR AND PRIMERILY EUROPEAN DESCENT RACE BEING BE TARGETED BY THE DARK SKINNED AFRICAN AMERICAN PS 123 STUDENTS BY REPETED SEX ASSAULTS & GROSS NEGLIGENCE ALLOWING REPETETION TO RUN PLAINTIFF OUT OF PS 123 AND TO DENY BENIFITS OF FEDERALLY FUNDED PUBLIC  SCHOOL & AFTER SCHOOL ALSO FEDERAL FUNDED AND WAIVER OF LIMITED LIABILITY

I12) PLAINTIFF SUFFERED CONTINUES TO SUFFER FROM COMPLAINED SEXUAL ABUSE AND BROKEN ARM SEVERE PAIN EXTREEM EMOTIONAL, PSYCHOLOGICAL PHYSICAL  DISTRESS SEVERE HEADACHES NIGHTMARES FLASHBACK S AVOIDANCE OF PEOPLE RELATIONSHIPS SOCIALIZEING LONELYNESS INABILITY TO STUDY CONCENTRATE MAKE FRIENDS DATE HAVE SEX OR MARRY NOR BE EMPLOYEE LOSS OF INCOME SINCE ACTS COMPLAINED AS A DIRECT PROXIMATE RESULT OF DEFENDANTS INTENTIONAL MALISHOUS GROSS NEGLIGENT ACTS COMPLAINED IN PARGS RESTATED INCORPERATED HEREIN BY REFRENCE

100
S) CLAIM FOR RELIEF    MILLION AND APPROPIATE RELIEFS AND ALLOWEING PUNETIVE RELIEFS

WHEREFORE

PLAINTIFF REQUESTS A JURY TRIAL ALSO A ORDER JUDGEMENT AGAINST ALL DEFENDANTS JOINTLY SEVERABLLY LIBAL COMPENSATION AND DAMAGES OF 130 MILLION ALSO WAIVEING LIMITED LIABILITY AND ORDER OF DESIGNATED SEX REPORTING OFFICAL IN EACH SCHOOL REQUIRED TO IMMEDIATELY CALL POLICE MEDICAL PERSONEL AND REPORT ALLEGATIONS TO NYC MAYOR AND DEPT OF EDUCATION AND APPROPIATE RELIEFS   CLAIM FOR RELIEF 130 MILLION

VERIFICATION OF COMPLAINT

THE PLAINTIFF HAVING READ THE FOREGOING COMPLAINT ATTACHED HERETO AFFIDAVIT A VERIFIED COMPLAINT DO HERE SIGN SAID COMPLAINT BY SWEARING UNDER OATH AND LAWS OF PERJURY THE FACTS ALLEGATIONS STATED IN SAID COMPLAINT ARE FACTS THAT ARE PERSONALLY KNOWN TO ME TO BE TRUE FACTS RESTATEING ACTUAL EVENTS THAT I WITTNESSED THAT OCCURED APPROX 1964 AT PS 123  PUBLIC SCHOOL HARLEM NYC AND ONE BLOCK AWAY

_Emmett Caldwell_

EMMETT   CALDWELL

Affidavit No. 14,064

The Affiant _Emmett Caldwell_
personally known to me appeared
before me verified swore under
oath and penalty of perjury true
to his personal knowledge the
facts in foregoing Verified
Complaint are True on _August 3_, 2021

_____ Notary Public
My Commission   . expires_____
Lifetime Commision



