"PREFRENCE Filing" Request For expedited
for CPLR 214G-30 10(3)f

Dear Clerk
Please ATTEW NOTIFY PRO se OFFice immediate

I sent thru temporu PRIOR

1) Ammended to Application
Leave to File re BAN Order

Now sending FoR PROse
2) Corrected Summons tho
Original will be delivered to
court by mail today pleas.
attach to complaint & US
Marshal PRocess Recieot & Return

Filed for
3) Exhibits to be attached
to complaint when served
Exhibits to Ammended Application
4) (Copy oF Complaint) Leave to File

Caldwell vs City of NY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

<table>
<tr><td>Emmett W Caldwell<br><br><i>Plaintiff(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="2">Civil Action No.</td></tr>
<tr><td>v.<br>CITY OF NEW YORK, NYC BOARD OF EDUCATION, JOHN DOE I FICTICOUS REPRESENTING UNNAMED PS 123 PRINCIPAL JOHN DOE I, PS.123 A.F.TER SCHOOL SUPERVISER JOHN DOE 2-7 FICTICOUS REPRESENT PS123 6 STUDENTS SEXUALLY ASSAULT OF PLAINTIFF    Defendant<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NYC BOARD OF Education
C/o (NYC) CORPERATION COUNSOL
100 CHURCH ST NY NV 10007
NY NV

· A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Emmott W Caldwell )
_____ )
*Plaintiff(s)* )
)
v. )        Civil Action No.
CITY OF NEW YORK NYC BOARD )
OF EDUCATION, JOHN DOE II FICTICOUS )
REPRESENTING UNNAMED PS 123 PRINCIPAL JOHN )
DOE I PS 123 AFTER SCHOOL SUPERVISOR )
JOHN DOE 2-7 FICTICOUS REPRESENT PS 123 )
6 STUDENTS SEXUALLY ASSAULTED )
PLAINTIFF    Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City OF New York
c/o Corperation Counsol
100 CHURCH ST NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

Case 1:21-cv-06560-DEH-SDA    Document 3-1    Filed 08/04/21    Page 4 of 14

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF  Emmett Caldwell | COURT CASE NUMBER |
|---|---|
| DEFENDANT  CITY OF NEW YORK NYC BOARD OF ED et al | TYPE OF PROCESS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORPORATION COUNSOL

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 CHURCH ST NY NY 10007

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| US DISTRICT SOUTHERN COURT CLERK CIVIL FILING 500 PEARL ST NY NY 10007 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:21-cv-06560-DEH-SDA    Document 6-1    Filed 08/04/21    Page 5 of 14

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF  Emmett Caldwell | COURT CASE NUMBER |
|---|---|
| DEFENDANT  City of New York | TYPE OF PROCESS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Counsol

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Church St NY NY 10007

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| US District Southern Court Clerk  Civil Filing  500 Pearl St NY NY 10007 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

)
)
)
Emmett W Caldwell )
)
_____ )
*Plaintiff(s)* )
)                                    Civil Action No.
v. )
CiTY OF NEW YORK NVC BOARD )
OF EDUCATION, JOHN DOE 1 Ficticous )
REpresenting UNNAMED PS 123 PRiNcipal, JOHN )
DOE 1 PS 123 AFTER SCHOOL Supervisor )
JOHN DOE 2-7 Ficticous Represent PS 123 )
6 STUDents Sexvally Assaulted )
PIAintiff    Defendants

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

# Complaint Exhibits

News Evidence Defendants past and Continuing Gross Reckless Negligence, Etc

Pages 1-7 Exhibits

Attach and Serve with Complaint  + Summons THE ATTACHED EXHIBITS

NOTE COMPLAINT ATTACHED TO MOTION FOR LEAVE TO FILE IS DRAFTS ORIGINAL NOTARIZED COMPLAINT TO BE DELIVERED BY MAIL TODAY.

12:12 M ☑ G ·

≡ **ıılı gotham**ist

.3:51 ♥ ∞ ▶

← Screenshot_202107...
232 KB

⌂ 🔒 google.com/a︱  :D  ⋮

ⓘ  nydailynews.com  ⌁

≡ **DAILY NEWS**  **SUBSCRIBE 10 WKS/99¢**  LOG I.

**TRIAL OFFER | 10 weeks for 99¢** ✖

NEWS

Ad

ADVERTISEMEN

# Facing Lawsuits NYC Retools Sexual Harassment Policies For Schools

CRIME   NEWS

## EXCLUSIVE: Third-grade boy forced to perform oral sex on three male classmates at Harlem school: suit

BY <u>JESSICA GOULD, WNYC</u>

OCT. 21, 2019 5:00 A.M. · <u>6</u>

   

By **KERRY BURKE** and **CORINNE LESTCH**
NEW YORK DAILY NEWS
MAY 31, 2013 AT 2:30 AM

6:31 cnn.com/2013

**CNN   US**      LIVE TV

# NYC police: Teacher accused of raping 10-year-old student

Chris Boyette and Leigh Remizowski, CNN

Updated 10:49 AM EDT, Thu June 20, 2013



6:53   google.com/a

nypost.com

# NEW YORK POST



**METRO**

# Sexual misconduct complaints up more than 50 percent across NYC schools

By Selim Algar

April 12, 2020 | 11:56am

6:10    •

⌂    🔒 abc7ny.com/mot    63    ⋮



**BREAKING NEWS** ACCUTRACK RADAR: Track the showers and storms

≡  abc7    LOG IN

# NYPD: 3 boys sexually assaulted girl in Brooklyn middle school basement

 By Eyewitness News

Tuesday, October 11, 2016

SHARE:



        



WEATHER ALERT Severe Thunderstorm Watch

LOG IN     76°

# New York City after-school program instructor accused of rape, smoking pot with students



Tuesday, April 21, 2015

SHARE:

3:37 M ⊙ T ∞ •        4G LTE

⌂    🔒 google.com/al    ⊡    ⋮

ⓘ        nydailynews.com        ⤴

DAILY•NEWS        SUBSCRIBE
                  10 WKS/99¢    LOG IN

TRIAL OFFER | 10 weeks for 99¢  ✖

[Ad]

ADVERTISEMEN

CRIME    NEWS

# EXCLUSIVE: Third-grade boy forced to perform oral sex on three male classmates at Harlem school: suit

By **KERRY BURKE** and **CORINNE LESTCH**
NEW YORK DAILY NEWS
MAY 31, 2013 AT 2:30 AM

9:03

nypost.com/200( [79]



## PRINCIPAL AND AIDES AXED AT HARLEM 'RAPE' SCHOOL

By Carl Campanile

April 29, 2000 | 4:00am

Board of Education officials cleaned house at a Harlem elementary school plagued by student-on-student sex attacks – ousting the principal, an assistant principal and a fourth-grade teacher.

The disciplinary actions at PS 200 were triggered by the case of a 9-year-old girl who was

No SIN 1:41... •    •  ꞏ◻ꞏ ♦ ▮ 97%

⌂    🔒 usnews.com/new  [6]  •

# NY School Principal Charged With Sexually Abusing 9 Students

A Rochester-area school principal has been charged with sexually abusing nine students in a case that prosecutors said goes back at least four years.

By <u>Associated Press</u>

April 15, 2021

# NYC Schools Ignored Students Who Reported Sex Assaults: Lawsuit

A lawsuit accuses schools of brushing off sexual assault reports from four girls, all students of color with disabilities.



**Noah Manskar,** Patch Staff 🅟
Posted Tue, Apr 30, 2019 at 4:38 pm ET
Updated Tue, Apr 30, 2019 at 6:44 pm ET