

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sharon Sprayregen
Tel.: (212) 356-0873
ssprayre@law.nyc.gov

May 2, 2022

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The Initial Pretrial Conference previously set for May 6, 2022 is rescheduled to June 8, 2022 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Defendants' counsel is ordered to provide a copy of this notice to the plaintiff by email as soon as possible.

5/4/2022   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *Emmett Caldwell v. City of New York et al.*, 21-CV-6560 (LJL)

Dear Judge Liman:

I am the Assistant Corporation Counsel in the Office of Corporation Counsel Hon. Sylvia O. Hinds-Radix, attorney for the City of New York and New York City Board of Education (together, "Defendants") in connection with the above-referenced matter wherein Plaintiff brings claims pursuant to the Child Victim Act (CVA). I write pursuant to the Court's April 13, 2022 Order (ECF No. 35) to request an adjournment of the conference currently scheduled for May 6, 2022 at 2:00 pm.

Pursuant to the Court's Order, I provided a copy of the Order to Plaintiff on April 13, 2022. Plaintiff informed me that he would not be able to buy a new phone until June, and requested that the Court conference be held after he purchases a new phone and at 1 pm (Eastern Standard Time) or later in the day. Both parties are available on June 6, June 7 and June 8 in the afternoon.

Thank you for your consideration of this request.

Respectfully,

/s/

Sharon Sprayregen
Assistant Corporation Counsel

cc:   Plaintiff (via email)