UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emmett Caldwell,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

1:21-cv-06560 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall submit a joint letter regarding the status of discovery no later than Wednesday, January 11, 2023.

**SO ORDERED.**

DATED:    New York, New York
              January 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge