UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emmett Caldwell,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023**

1:21-cv-06560 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Defendants' letter motion (ECF No. 67) is GRANTED. No later than February 7, 2023, Plaintiff shall appear for a remote deposition. Plaintiff's failure to appear may result in sanctions, including my recommendation that his case be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 2, 2023

_____
STEWART D. AARON
United States Magistrate Judge