**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMMETT CALDWELL,

                     Plaintiff,
-against-                                 21 **CIVIL** 6560 (DEH)

                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                     Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2024, Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 27, 2024

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**

                             **BY:**       K. Mango

                                                       _____
                                                            **Deputy Clerk**